UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GREGORY R. MASSEY, ET AL.,            Civil No. 10-3132  JNE/AJB

    Plaintiffs,

    v.                                           O R D E R

HI-TECH FLOORS, INC, ET AL.,

    Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated January 7, 2011, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiffs' motion for entry of default judgment is granted.

2. Plaintiffs are awarded judgment in their favor and against the Defendants, jointlyand severally, in the amount of $74,123.89.

DATED: 2-24, 2011.

                                                s/ Joan N. Ericksen
                                                Judge Joan N. Ericksen
                                                U. S. District Court